**Krishna K. REDDY, Plaintiff—
Appellant,**

v.

**State of FLORIDA; et al.,
Defendants—Appellees.**

No. 03–55492.

United States Court of Appeals,
Ninth Circuit.

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

Submitted May 10, 2004.*

Decided May 19, 2004.

Krishna K. Reddy, Redlands, CA, pro se.

William W. Wertz, Esq., Attorney General's Office, Tallahassee, FL, Robert F. Johnson, III, Attorney General's Office, Austin, TX, John E. Mueller, Esq., Nielsen, Merksamer, Parrinello, Mueller & Naylor, Mill Valley, CA, Robert I. Lester, Esq., USLA—Office of the U.S. Attorney, Los Angeles, CA, H. Thomas Byron, III, Esq., Thomas M. Bondy, Esq., U.S. Department of Justice, Washington, DC, for Defendants–Appellees.

Before: CANBY, KOZINSKI, and PAEZ, Circuit Judges.

## MEMORANDUM **

Krishna Reddy appeals pro se from the district court's dismissal of her action which sought to "unseat" President George W. Bush and Richard Cheney and to "seat" involuntary plaintiff-appellants Albert Gore and Joseph Lieberman as the democratically-elected Article II President and Vice President of the United States, and to obtain other equitable relief. We agree with the district court that Reddy lacks standing under Article III to bring this action. *See Lujan v. Defenders of*

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

---

*Wildlife*, 504 U.S. 555, 112 S.Ct. 2130, 2136, 119 L.Ed.2d 351 (1992).[1]

**AFFIRMED.**

---

1. The district court properly denied as moot Reddy's motion for a preliminary injunction.

